**Appeal Dismissed and Memorandum Opinion filed August 1, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00320-CV

**ETTL ENGINEERS & CONSULTANTS, INC., Appellant**

**V.**

**CENTRAL TEXAS HIGHWAY CONSTRUCTORS, LLC, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-74808**

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 2, 2024. By its terms, the judgment awarded monetary relief to appellee while "retain[ing] jurisdiction over the parties . . . for purposes of hearing [appellee]'s pending claims for Entry of a Turnover Order[ and] for attorneys' fees." As near as can be determined from the appellate record, the trial court has not yet awarded a specific amount of fees and has not resolved the request for entry of a turnover order. Accordingly, the judgment is interlocutory rather than final, and it is accordingly not appealable. *See Lehmann*

*v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001) ("A judgment that finally disposes of all remaining parties and claims, based on the record in the case, is final, regardless of its language."). The appealed-from judgment also lacks any apparent basis for being immediately appealable. *See CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011) (acknowledging the general rule that "interlocutory orders are not immediately appealable").

On June 19, 2024, the parties were informed the appeal was subject to dismissal without further notice for want of jurisdiction unless any party demonstrated by June 29, 2024 that this court had jurisdiction. *See* Tex. R. App. P. 42.3(a). The parties did not file a response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.